### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick G. Scullion<br>Barbara J. Scullion<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-14437 ELF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

          Respectfully submitted,

      **/s/ Matteo S. Weiner, Esquire**
      Matteo S. Weiner, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322; FAX (215) 627-7734