United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Patrick G. Scullion   
Barbara J. Scullion   
    Debtors

Case No. 17-14437-elf   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Feb 02, 2018   
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
14014506        E-mail/Text: bankruptcy@swmc.com Feb 03 2018 01:38:01      Sun West Mortgage Company, Inc.,   
        18000 Studebaker Road, Suite 200,    Cerritos, CA 90703
                                                                                                                      TOTAL: 1

           ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:   
         JILL    MANUEL-COUGHLIN    on behalf of Creditor    Sun West Mortgage Company, Inc. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com   
         JOHN M. KENNEY    on behalf of Debtor Patrick G. Scullion jken330@comcast.net, Kathy@jkenneylaw.com   
         JOHN M. KENNEY    on behalf of Joint Debtor Barbara J. Scullion jken330@comcast.net, Kathy@jkenneylaw.com   
         KEVIN G. MCDONALD    on behalf of Creditor    Sun West Mortgage Company, Inc. KMcDonald@blankrome.com   
         MATTEO SAMUEL WEINER    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com   
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov   
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                         TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14437-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Patrick G. Scullion<br>292 Indian Creek Drive<br>Levittown PA 19057 | Barbara J. Scullion<br>292 Indian Creek Drive<br>Levittown PA 19057 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/01/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Sun West Mortgage Company, Inc., 18000 Studebaker Road, Suite 200, Cerritos, CA 90703 | FREEDOM MORTGAGE<br>P.O. Box 89486 Cleveland, OH 44101-9486 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/04/18                                                      Tim McGrath
                                                                      **CLERK OF THE COURT**