United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14437-elf
Patrick G. Scullion                                                   Chapter 13
Barbara J. Scullion
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2          Date Rcvd: Feb 13, 2018
                              Form ID: pdf900         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db/jdb        +Patrick G. Scullion,    Barbara J. Scullion,    292 Indian Creek Drive,
               Levittown, PA 19057-2702
13941912       Apex Asset Management Llc,    Po Box 5407,    Lancaster, PA 17606-5407
13941913      +Aqua Finance Inc,    1 Corporate Dr,    Wausau, WI 54401-1724
13941914     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
13983642      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13941915      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
13941916     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
               Richmond, VA 23238)
13941917     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
13941919      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13941920       Children's Specialized Hospital,    PO Box 48066,    Newark, NJ 07101-4866
13941922      +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
13976766       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
13941924      +Exceptional Medical Transportation,    PO Box 19,    West Berlin, NJ 08091-0019
14049546       FREEDOM MORTGAGE,    P.O. Box 89486 Cleveland, OH 44101-9486
14032473      +FREEDOM MORTGAGE CORPORATION,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13941925       Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
13941926      +Jefferson Health,    P.O. Box 88,    Philadelphia, PA 19105-0088
13941927       Langhorne Physicians Services,    Attn #19113C,    PO BOX 14000,    Belfast, ME 04915-4033
13941929       Physician Billing - PB CHOP,    PO Box 788017,    Philadelphia, PA 19178-8017
13941930       Princeton Healthcare System,    Lockbox 9226,    PO Box 789226,    Philadelphia, PA 19178-9226
13941932       Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
13941933       Rothman Orthopaedic Specialty Hospital,    3300 Tillman Drive,    Bensalem, PA 19020-2071
13941938      +United Anes Serv PC,    PO Box 828962,    Philadelphia, PA 19182-8962
13941939       Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 14 2018 01:52:40     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2018 01:52:18
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2018 01:52:37     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13941918       E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 14 2018 01:52:52     CCS,
               Payment Processing Center,    PO Box 55126,    Boston, MA 02205-5126
13941921      +E-mail/Text: Harris@ebn.phinsolutions.com Feb 14 2018 01:52:55     Childrens Hospital of Phila,
               c/o Harris and Harris  Ltd,    P.O. Box 5462,    Chicago, IL 60680-5462
13950731       E-mail/Text: mrdiscen@discover.com Feb 14 2018 01:52:09     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13941923      +E-mail/Text: mrdiscen@discover.com Feb 14 2018 01:52:09     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13989298       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2018 01:55:25
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13945304      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2018 02:08:16
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13941928      +E-mail/Text: blegal@phfa.org Feb 14 2018 01:52:28     Pa Housing Finance Age,    211 N Front St,
               Harrisburg, PA 17101-1406
13982373       E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2018 01:52:14
               Quantum3 Group LLC as agent for,    Aqua Finance,    PO Box 788,    Kirkland, WA  98083-0788
13941931       E-mail/Text: BankruptcyMail@questdiagnostics.com Feb 14 2018 01:52:53     Quest Diagnostics,
               PO Box 740781,    Cincinnati, OH 45274-0781
14014506       E-mail/Text: bankruptcy@swmc.com Feb 14 2018 01:52:31     Sun West Mortgage Company, Inc.,
               18000 Studebaker Road, Suite 200,    Cerritos, CA 90703
13941934      +E-mail/Text: bankruptcy@swmc.com Feb 14 2018 01:52:31     Sun West Mortgage Co I,
               18303 Gridley Rd,    Cerritos, CA 90703-5400
13941935      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 01:47:31     Syncb/gapdc,    Po Box 965005,
               Orlando, FL 32896-5005
13941936      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 01:47:49     Syncb/toysrus,    Po Box 965005,
               Orlando, FL 32896-5005
14010811      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 01:47:11     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
13941937       E-mail/Text: bankruptcy@td.com Feb 14 2018 01:52:30     Td Bank N.a.,    70 Gray Rd,
               Portland, ME 04105
14013640      +E-mail/Text: bncmail@w-legal.com Feb 14 2018 01:52:33     USAA SAVINGS BANK,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 19

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Feb 13, 2018
                              Form ID: pdf900            Total Noticed: 43
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14007231*     +Apex Asset Management, LLC,    PO Box 5407,   Lancaster PA 17606-5407
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
```
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Sun West Mortgage Company, Inc. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOHN M. KENNEY    on behalf of Debtor Patrick G. Scullion jken330@comcast.net,
               Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Joint Debtor Barbara J. Scullion jken330@comcast.net,
               Kathy@jkenneylaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Sun West Mortgage Company, Inc.
               KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK G SCULLION            Chapter 13
BARBARA J SCULLION

Debtor            Bankruptcy No. 17-14437-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 13, 2018** _____

Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-


Debtor:
PATRICK G SCULLION
BARBARA J SCULLION
292 INDIAN CREEK DRIVE

LEVITTOWN, PA 19057